No. 3972.—A. MESORANA & Co. S. EN C., aplte., *v.* LEE, apdo.—C. D. San Juan. Cumplimiento de contrato. Enero 19, 1927. Celebrada la vista de esta apelación fundada en

que la corte sentenciadora cometió error al apreciar que la evidencia de la demandante no probó la existencia del contrato cuyo cumplimiento se pide y al interpretar los artículos 1228, 1229 y 1245 del Código Civil: y apareciendo que la evidencia fué contradictoria sobre la existencia de dicho contrato, conflicto que fué resuelto por la corte inferior en contra de la demandante sin manifiesto error, y que en vista de la conclusión a que llegó la corte sentenciadora no ha cometido el error que se le atribuye en el segundo motivo, se declaró sin lugar el recurso y se confirmó la sentencia apelada.

El Juez Asociado Sr. Hutchison no intervino.